Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| JESUS ALLANIGUE GARCIA<br><br>CLARITA MANDALUPE GARCIA | ) Chapter 13<br>)<br>) Case No.: 8:08-bk-14480-TA<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3010)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301116** in the sum of **$   0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    JESUS ALLANIGUE GARCIA
    707 W SANTA ANA ST #150
    ANAHEIM, CA 92702

Date: September 19, 2011         /S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0814480 | JESUS ALLANIGUE & CLARITA MANDALUPE GARCIA | XXX-XX-3748 | 0.01 | 0.00 | 0.01 |
| | ACCT:                    Claim: 00000 | XXX-XX-3368 | | | |
| | **TOTALS** | | 0.01 | 0.00 | 0.01 |

JESUS ALLANIGUE GARCIA
CLARITA MANDALUPE GARCIA
BALANCE:                    [0.00  13/00000]
SSN: XXX-XX-3748    SSN: XXX-XX-3368
ACCT:                            CASE: 0814480
PRINCIPAL:        0.01    INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301116

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$0.01

PAY    Zero And 01/ 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

*[signature: Amrane Cohen]*

⑈0301116⑈ ⑆061100790⑆ 0000005751862⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.